### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **KEITH DENZELL SIMPSON** | § | **PLAINTIFF** |
| | § | |
| | § | |
| **v.** | § | **Civil No. 1:20cv315-HSO-RHWR** |
| | § | |
| | § | |
| | § | |
| **POLT WILLIAM** *Sgt. # 172*, **et al.** | § | **DEFENDANTS** |

## FINAL JUDGMENT OF DISMISSAL

BEFORE THE COURT is United States Magistrate Judge Robert H. Walker's

Report and Recommendation [26]. For the reasons given in the Order adopting the

Report and Recommendation [26], the Court hereby enters judgment pursuant to

Federal Rule of Civil Procedure 58. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action

is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 30th day of March, 2022.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE